**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6612**

———————

ANDRE J. TWITTY,

Plaintiff - Appellant,

versus

MICKEY E. RAY, Warden of FCI - Edgefield,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of South Carolina, at Spartanburg. Patrick Michael Duffy, District Judge. (CA-00-421-7-23)

———————

Submitted: September 20, 2001      Decided: September 26, 2001

———————

Before LUTTIG, KING, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Andre J. Twitty, Appellant Pro Se. Barbara Murcier Bowens, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Andre J. Twitty appeals the district court's order denying relief on his claims filed under <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Twitty v. Ray</u>, No. CA-00-421-7-23 (D.S.C. Mar. 29, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2